## Public Agency Company, Appellant, v. Charles Kronauer, Appellee.

### Gen. No. 23,500.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. ARNOLD HEAP, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed March 5, 1918.

### Statement of the Case.

Action by Public Agency Company, a corporation, plaintiff, against Charles Kronauer, defendant, to recover on a promissory note for $1,250, payable to the order of the United Service Company as payee. From a judgment for defendant, plaintiff appeals.

MAXIMILIAN J. ST. GEORGE, for appellant.

DUDLEY TAYLOR, for appellee.

MR. JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

BILLS AND NOTES, § 443*—*when failure of consideration shown.* Evidence *held* to warrant the finding that the note sued on was procured from defendant as the result of fraudulent representations as to the value of certain stock for the purchase of which it was given at the time the note was executed, and that there was an entire failure of consideration for the note, in an action by the last indorsee against the maker of the note to recover thereon.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.